**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
Gainesville, FL _____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
### UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Zachary T. Morris

(Enter full name of Plaintiff(s))

vs.

CASE NO: 1:07 cv 187
(To be assigned by Clerk)

George W. Bush President of United States
Hillary Rodham Clinton U.S. Senator (NY)
Barack Obama U.S. Senator (IL)
Alberto Gonzales U.S. Attorney General (former)
Loyola University Chicago, 6525 N. Sheridan Rd., Chicago, IL 60626

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

$350.00
RECEIPT # FLM 1-347

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

I, Zachary T. Morris have until September 2009 to file my civil rights litigants in action form. I am filing on this day in September 2007 Please see me as an American Citizen and not a monster, I have not committed any crimes as a man. America should be about options, choice and freedom to pursue goals and happiness without being continuously persecuted. Woulld like to complete my degree at Loyola University Chicago. If I am forced the courts to give up my rights to finish my education at another University,

**I.     PLAINTIFF:**

State your <u>full name</u> and full mailing address in the lines below.

Name of Plaintiff:    <u>Zachary T. Morris</u>

Mailing address:   <u>P.O. Box 2241</u>

                          <u>Gainesville, FL 32602</u>

**II.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for **every** Defendant:

(1)     Defendant's name:    <u>George W. Bush</u>

         Official position:       <u>U.S. President</u>

         Employed at:             <u>U.S. Government</u>

         Mailing address:       <u>1600 Pennsylvania Ave.</u>

                                         <u>Washington .DC.</u>

(2)     Defendant's name:    <u>Hillary Rodham Clinton</u>

         Official position:       <u>U.S. Senator</u>

         Employed at:             <u>U.S. Government</u>

         Mailing address:

                                         <u>Washington DC</u>

(3)     Defendant's name:    <u>Barack Obama</u>

         Official position:       <u>U.S. Senator</u>

         Employed at:             <u>US Government</u>

         Mailing address:

                                         <u>Washington DC</u>

(4)     Defendant's name:    <u>Loyola University Chicago</u>

         Official position:       <u>Educational Institution</u>

         Employed at:             <u>Loyola</u>

         Mailing address:       <u>6525 N. Sheridan Rd.</u>

                                         <u>Chicago, IL 6</u>

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

I ask for restraining orders against these culprits to keep them from stalking. Zachary T. Morris, P.O. Box 2241, Gainesville, FL

Names of additional Defendants:

1. Jesse Jackson Jr. U.S. Congressman = Federal Restraining order
   Chicago, IL or Washington, DC
2. Jesse L. Jackson Sr.    = Federal Restraining order.
   Chicago, IL or Washington D.C.
3. Margaret Spelling, Secretary of Education = Federal Restraining order
   Washington DC.
4. Froedert Hospital
   Brooksville, Wi
5. Shands AGH
   Gainesville, FL
6. Gainesville Police Dept.
   Gainesville, FL
7. Donzella J. Carlton    = Federal Restraining order
   Ft. Meade, FL
8. United States Postal Service
   Gainesville, FL
9. Florida Division of Motor Vehicle
   Tallahassee, FL
10. Carole Meekins - Anchor-woman (News WTMJ 4)
    Milwaukee, Wi
11. Bell South Telecommunication
    Gainesville, FL
12. FOX 51 WOGX (News)
    Orlando, FL
    a. Tom Johnson
    b. Heidi Hatch
    c. Corrina Sullivan
13. Doug Banks - Doug Banks morning Show
    Philadelphia, PA
14. Charles Gibson (ABC news Anchorman) = Federal Restraining order
    New York, NY

15. Federal Communications Commission
Washington, DC

16. Oprah Winfrey - (abc Halh show host) = Federal Restraining order
Chicago, IL

17. John Shannon - Lawyer = Federal Restraining order from stalking me
Lakeland, FL

18. Robin Roberts (abc news anchor woman / mornings)
New York, NY

19. United States Supreme Court = Federal Restraining order from interfering
Washington D.C.                   any further with my life or case.
a. Cheif Justice Clarence Thomas
b. Cheif Justice John Roberts

20. The City of Ft. Meade, FL - Mayor
Ft. Meade, FL
a. Mayor Donny True
b. Blaine Turner (Ret. HS Football coach) = Federal Restraining order
c. Archie Gail (Ret. H.S. Basketball coach)

21. Federal Bureau of Investigation = Federal Restraining order
Gainesville, FL

22. (a) IDAPP, P.O. Box 78208, Phoenix, Az 85062
(b) FNB - Chicago, P.O. Box 78208, Phoenix, Az 85062
(c). AFSA Data Corporation, P.o. Box 7051, Utica, NY 13504
(d). ACS, P.O. Box 7051, Utica, NY 13504-7051
(e). AFSA Data Corporation, P.O. Box 9001561, Louisville, Ky 40290-1561
(f). ACS, P.o. Box 9001561, Louisville, Ky 40290-1561

23. Mayor of Gainesville, FL = Federal Restraining order × unless business at
Gainesville City Hall                        City Hall.
Gainesville, FL

24. Charlie Crist = Governor of the State of Florida
Tallahassee, Florida

25. Martin Luther King Jr. III = Federal Restraining order
    Atlanta, Ga

26. St. Johns River Community College
    1500 St. Johns Rd.
    Palatka, FL 32177

27. National Collegiate Athletic Association

28. WCJB TV 20 = Paige Beck
    Gainesville, FL

## III.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

My name is Zachary T. Morris, P.o. Box 2241, Gainesville, FL. In 1995 Loyola University Chicago started denying me Federal Financial Aid and the right to attend college at Loyola. Loyola Kicked me out of school after the spring term 1995. I was not given a hearing. I was not on academic probation and nor was I allowed to sign my student loan checks. I was allowed back at Loyola during the summer of 2000 from May thru August summer sessions. I was told I would not be allowed to attend Loyola in the Fall/spring semester and I could not receive Federal Financial aid or any Financial, unless I changed my major from Business Finance to Communication. After being denied the constitutional right to complete my degree after the summer school 2000 I went back to work. I returned to Loyola Univ- Chicago for Summer School in 2001 from May thru August. I denied financial aid of any Kind even after I was forced to change my major from Business Finance to communication. After the summer 2001 I was told I could not return to Loyola Univ-Chicago for 6 years. In 2003 I received a readmittance letter in July. This letter was over turned by a letter I received in September 30, 2003 stating that a block was placed on my account blocking me from registering. My right to due process has been neglected Idenied and my right to education. Student loans were Fraudulently placed in my name by forgery. I was not in school. President George W. Bush approved this illegal act along with Senator Hillary Clinton because they both have Kids working in New York. Barack Obama lives in Chicago, IL and said he did not want me in Chicago. The three politicians violated my civil rights for political gains. Alberto Gonzales approved that no lawyer in America is/was to represent me for any reason. This is why I am filing a complaint instead of a lawsuit. I will need to seek legal help through the courts because no lawyer will

## IV.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My rights violated are: My right to education, Stalking, Slander, Gender discrimination, Civil liberties, my right to work in America, Conspiracy to conceal a crime, conspiracy to commit murder, unlawful confinement, professional negligence, Corruption of Blood, the Use of Government resources to commit a crime against my person, Violation of my right's to live where I choose, legal negligence, Defamation of Character, Fraud, Fogery, Intentional misconduct, Breach of trust, Professional bullying, Unfit moral character towards a U.S. Citizen, Acts of Dishonesty, Slavery in the way of confinement, Criminal Deception, and Double Jeopordy - for a crime I did not commit, age discrimination, Forced Segregation.

## V.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I am seeking a $20,000,000 dollar monetary settlement from these four bigots, I have not committed any crimes against a single person, I have every right to an education according to the U.S. Constitution, Not a Jurist, Jury, News reporter, President, Senator, Congressman, Police officer, White black, brown, yellow man or woman should be allowed to take my rights away from, I am seeking $20,000,000 and reinstatement to Loyola University, Chicago.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

09 | 26 | 2007
(Date)

Jachary J. Morris
(Signature of Plaintiff)

Revised 07/02

4

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: President George W. Bush

III. Statement of claims mentioned on separate page.

IV. Compensation / Relief Requested

a. $15,000,000 monetary settlement plus court cost and attorneys fee.

b. I would like my constitutional, civil, civil liberties, and legal rights restored.

c. Mr. President George W. Bush you let me down when you aided in destroying my life and going along with Hillary Clinton (US Senator) and Barack Obama (IL), Oprah Winfrey and their Witch Hunt to tear me down. I want my life restored and my rights upheld. One of your daughters work in New York as does Hillary's girl Chelsea. They have both graduated college. I did not deny your kids the right to improve themself. Don't keep denying me.

Compensation: $15,000,000 Monetary Settlement and my rights restored.

Federal Complaint against:

<u>President George W. Bush - U.S. President (Present)</u>

Claims: III 1 Incompetency / Criminal deception / Fraud

1. Abuse of Power to make threats, hinder progress in life,

2. Tyranny against a black man.

3. Slavery (modern) Confinement

4. Violation of my right to work in america

5. Violation of my Civil Right's to live in America as a Free man.

6. Violation of my Civil Right's to education.

7. Defamation of character

8. Slander to destroy my life completely.

9. Conspiracy to commit murder.

10. Professional Negligence / untruthfulness

11. Corruption of Blood / racial discrimination

12. Domestic Abuse within the United States against a citizen (U.S)

13. Using the office of the President to commit a crime.

14. Using the office of the President to make threats.

15. Using Government Resources to commit a crime.

16. Conspiracy to conceal a crime.

17. Distributing torture In the way of fear.

18. Breach of Trust.

19. Intentional Misconduct

20. Stalking / Running a reign of fear

21. Riding up a mob to destroy life.

22. Professional Bullying by a politician on a U.S. Citizen.

23. Gross Negligence.

24. Unfit Moral Character towards a U.S. Citizen.

25. The forcing of inappropriate character upon me.

26. Acts of Dishonesty towards a U.S. Citizen

of 1

I, Plaintiff: Zachary I, Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: Senator Hillary Rodham Clinton

III. Statement of Claim:
1. Defamation of Character
2. Stalking / untruthfulness
3. Slander and Domestic abuse
4. Gender Discrimination / racial discrimination
5. Gross neglect of my civil liberties.
6. Violation of my right to work.
7. Violation of my civil rights to education.
8. Conspiracy to conceal a crime.
9. Conspiracy to commit murder.
10. Hiding and abetting in unlawful confinement.
11. Professional negligence.
12. Corruption of Blood.
13. Using Government resources to commit a crime.
14. Violation of my rights to live where I choose.
15. Legal negligence
16. Corruption
17. racial discrimination

IV. Compensation / Relief Requested.
a. $15,000,000 monetary settlement plus court cost and attorney fee.
b. Disbarment from practicing law
c. Federal Restraing Order.
d. Resignation as a U.S. Senator

Federal Complaint against;

II  Barock Obama (U.S. Senator) - Defendant, Chicago, IL or Washington D.C.

III  Statement of Claims;

1 Violation of my civil rights to education.

2 Gross neglect of my civil liberties,

3 Stalking

4 Unlawful confinement of my right to live where
   I choose in America, forced segregation upon me.

5 Defamation of Character

6 Slander to destroy life completely.

7 Conspiracy to conceal a crime,

8 Conspiracy to commit murder

9 Professional negligence / untruthfulness

10 Corruption of Blood / racial discrimination

11 Domestic abuse of a United States citizen,

12 Using Government resources to commit a crime.

13 Legal negligence

14 Gross Negligence

15 Using Government resources to commit a crime.

16 Using Government resources to engage in illegal acts,

17 Incompetence / criminal deception

IV  Relief Requested;

Compensation

1 $15,000,000 monetary settlement / Disbarment court cost + attorneys fees

2 resignation as U.S. Senator / Restraining Order Federal

V  Statement of Facts; Corruption

Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against:

II | Alberto Gonzalez (fmr) Attorney General Of United States.

III | Statement of Claims:

1. Use of Government Resources to commit a crime.

2. Abuse of Power & Authority.

3. Gross negligence of my citizen rights.

4. Aiding to destroy livelihood and life.

5. Stalking / untruthfulness

6. Violation of my civil rights to education.

7. Defamation of character / racial discrimination

8. Slander to destroy life completely.

9. Obstruction of Justice

10. Intentional Misconduct

11. Fraud / incompetence

12. Conspiracy to conceal a crime.

13. Aiding in unlawful confinement.

14. Violation of my rights to due process of the law.

15. Breach of duty.

16. Attempt to force segregation upon me by calling me a racist

IV | Relief Requested:

Compensation - Court cost and attorney fee.

1. I want Alberto Gonzalez to resign as U.S. Attorney General. Gonzalez should never be allowed to hold office in future

2. $5,000,000 government settlement. Restraining order.

I | Statement of Facts: Corruption

of 1

Zachary J. Morris

P.O. Box 2241

Gainesville, FL 32602

Federal Complaint against:

II. Loyola University - Chicago, Chicago, IL

III. 1a. age discrimination / violation of my civil rights

1. Violation of my right to due process

2. Fraud of Federal Student loans in my name.

3. Fogery of my name on Federal Student loans.

4. Breach of duty / racial discrimination

5. Gross Negligence

6. Defamation of Character

7. Aiding to destroy livelihood and life.

8. Corruption of blood / racial discrimination

9. Intentional misconduct / untruthfulness

a. Professors at Loyola called me a monster during class time.

b. An African American female I was told was a dean called me a stupid as nigger.

10. Professional misconduct

a. Loyola kicked me out of college for no given reason from Aug 2001 to present and from Sept. 2003 to present.

b. Loyola denied me the right to receive Federal Financial aid from 1995 to present.

c. Aided in destroying my social network as a U.S. citizen.

11. Scheme to defraud. Fogery of my name on Federal Student loans.

12. Conspiracy to conceal a crime.

13. Domestic abuse and slander

IV. 14. Continuous persecution within the United States.

compensation: $115,000,000 settlement and reinstatement to Loyola Unversity.

Look! → 15. Double Jeopardy

I. Plaintiff: Zachary T. Morris
P.o. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: Loyola University Chicago
820 N. Michigan Ave.
Chicago, IL 60611

III. Relief Requested / Compensation

(1). $15,000,000 monetary settlement plus court cost and attorneys fee.

(2). Tuition, Books, 21 meal plan per week paid by Loyola University-Chicago

(3). Housing paid by Loyola University Chicago.

(4). Free Halas sports center membership.

(5). Access to academic tutoring at Loyola's tutoring center

(6). Free Internet, Electronic Mail and any other computer enhanced programs that pertain to academic convience towards my education at Loyola University Chicago.

(7). Undergraduate degree: Business, Computer science, Biology with a minor in Mathematics.

(8). Court cost plus attorneys fee paid by Loyola University-Chicago.

(9). Free access to the language center.

(10). $500.00 put on my "Identification dollar program" per semester and Id dollars rollover per semester and summer session.

(11). Full time student, taking 18 credit hours per Fall and spring semester and up to 12 credit hours per summer session. All paid for by Loyola University Chicago.

(12). All books and tuition for fall semester, spring semester and both summer sessions to be paid in full by Loyola University Chicago.

(13). I can not be kicked out of Loyola University of Chicago ever again without a hearing.

18e
1 of 2

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

III Statement of Facts:

Governments take money from their owner's (the citizens) to provide services to their owners. The Government is suppose to build and maintain roads, provide fire and police protection, education for people, etc. To pay for all this, governments collect taxes. I pay my taxes not to have my tax dollars used to deny me my rights as a United States Citizen. Governments are not suppose to use tax collections to make a profit, persecute it's citizens, and neglect any one citizens cons- titutional rights or civil liberties. Every dime collected is supposed to be used for the benefit of the citizens. I am a United States citizen even when African Americans feel I am not black enough or when Caucasians say I am not hand- some enough, or Hispanics say, "he's just not one of us", or if I choose not to play high school football).

I am an American Citizen and this is why I am filing these federal complaints and wish to follow these complaints with lawsuits. The law should be for every citizen. Without the law, we all become savages. The savages I have mentioned in my Federal complaints have persecuted me for years with impunity. These Civil Rights complaints are the only chance I have to keep from becom- ing what I consider a savage. These civil rights

complaints are to hopefully help to right my life and restore my freedoms, liberties, and persuit of happiness.


Zachary J. Morris

I, Plaintiff; Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against!

II Jesse Jackson Jr. U.S. Congressman

III Statement of Claims:

1. Violation of my civil rights     18. Corruption

2. Violation of my civil liberties

3. Conspiracy to conceal a crime

4. Conspiracy to commit murder

5. Gross negligence of my right to freedom of choice,

6. Gross neglect of my right to freedom of expression.

7. Conspiracy to destroy life, livelyhood and happiness

8. Slander and Domestic abuse within the United States.

9. Defamation of character

10. Breach of duty / cruel and unfair treatment.

11. Intentional misconduct / Racial Discrimination.

12. Legal negligence

13. Professional negligence / untruthfulness

14. Corruption of Blood / Distributing torture in the Way of fear.

15. Violation of my right to peaceful assembly,

16. Criminal deception / corruption

17. Aiding in a Conspiracy to segregate me from the
American public.

IV Compensation / Relief Requested:

1. I call for Congressman Jacksons resignation.

2. $500,000 monetary settlement / disbarred from practicing law

3. The right to live and attend college where
I choose, Plus court cost and attorneys fees,

4. I would like a restraining order put forth to Keep
congressman Jesse Jackson Jr. from future contact of
any Kind against me.

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville FL 32602

II. Federal Complaint against: Jesse L. Jackson Sr., Chicago, IL or Washington D.

III. Statement of Claims:
1. Violation of my Civil Rights
2. Violation of my Civil Liberties
3. Conspiracy to conceal a crime.
4. Conspiracy to commit murder - calling me a racist has placed my life in danger.
5. Slander / Defamation of Character
6. Neglect of my right to Freedom of expression.
7. Conspiracy to destroy life, livelyhood and happiness.
8. Untruthfulness
9. Corruption of Blood.
10. Aiding to Conspire to segregate me from the American public.
11. Criminal Deception / aiding in Corruption to destroy my life.
12. Cruel and unfair treatment of an African American.
13. Racial Discrimination.
14. Stalking
15. Distributing torture in the way of fear.

IV. Relief Requested / Compensation
1. $5,000,000 monetary settlement, plus court cost and attorney fee.
2. Restraining (Federal) order placed on Jesse L. Jackson.
3. I would like Jesse Jackson arrested under the Federal stalkers law.

※

V. Statement of Fact:
Jesse Louis Jackson and his son Congressman Jesse Jackson Jr. have stalked me since the early 1990's saying I am not one of them. Meaning I am not a black man.

1 of 1

Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against:

II Margaret Spelling - Secretary of Education - Defendant

III Statement of Claims:

1. Gender Discrimination / untruthfulness

2. Authorized an illegal search and seizure of personal important documents and $70,000.00 in cash. This illegall search and seizure was done by the FBI or the alachua county Sheriff Dept.

3. Gross neglect of my civil liberties and civil rights.

4. Violation of my right to due process of the law.

5. Violation of my civil rights to education, to attend the College or University of my choice.

6. Stalking / authorized an illegal search and seizure.

7. Defamation of Character

8. Slander to destroy my life completely.

9. Using Government Resources to commit a crime.

10. Aiding in unlawful Confinement

11. obstruction of Justice — by stealing my personal important documents Margaret Spelling has hindred my ability to present my case to a judge or jury.

12. Breach of Duty

13. Intentional Misconduct to force me into segregation.

14. Conspiracy to conceal a crime.

15. Fraud / Incompetence

IV Relief Requested:

Compensation

$5,000,000 monetary settlement and Margarets resignation. Restraining order from interfering with my education and life.

8. 1 of 1

I, Plaintiff; <u>Zachary T. Morris</u>
<u>P.O. Box 2241</u>
<u>Gainesville, FL 32602</u>

II Federal Complaint against: <u>Froedert Hospital - Brookville, WI</u>

III.1. Medical Malepractice:          8. Corruption

2. Kidnapping for 4 hours.

3. Changing of medical records.

4. Falsifying patient medical records.

5. Acts of Dishonesty.

6. ~~Assaultness~~ Threat to put me in the psychiatric
ward after the hospital caused my Kidneys to rupture.

7. Incompetence / criminal deception

IV Relief Requested:

Compensation

1. $3,000,000  settlement (monetary) plus court cost and attorney fee

2. All doctors must be told to sign their name
Legibly.

V Statement of Facts:

p. 1 of 1

Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Defendant:

I. Complaint against: Shands AGH - Emergency room.

III. Gross Negligence - refused to show me x-rays of injury I sustained on March 6, 2007 from a automobile collision / attempted murder by bell south driver Ricardo Martinez.

IV. Relief Requested:
Compensation
$200,000 settlement for Gross negligence plus court cost and attorneys fee.

I. Statement of Facts:

I, Plaintiff;

Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Defendant:

II Federal Complaint against:

Gainesville, FL   Police Department.

III Statement of Claims:

1. Gross Negligence.

2. Police Misconduct.

3. Deliberate concealment of information.

4. Falsification of a police report.

5. Professional negligence / untruthfulness

IV Relief Requested:

Compensation - Relief Requested

1. $200,000 monetary settlement plus court cost and attorneys fee

2. Officers need to be monitored closer.

3. Restraining order against officers who are angered by this complaint.

I Statement of Facts:

The Police officers who arrived on the scene after I had been rammed twice by a bell south utility Van refused to listen to my side of what happened. This resulted in the police officers falsifying the police report. The driver of the Bell South Tele-communications van Was Ricardo Martinez. I was rammed by the Bell South telecommunications van on Tuesday March 6, 2007.

I, Plaintiff, Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

1 of 1

II. Federal Complaint against: Donzella J. Carlton

III. Statement of Claim
1. Defamation of Chracter / Racial Discrimination
2. Stalking
3. Slander and Domestic abuse
4. Conspiracy to commit murder
5. Conspiracy to conceal a crime.
6. Continuous persecution
7. Untruthfulness
8. Violation of my civil rights and civil leberties.

Compensation - Relief Requested.

1. Compensation is to be paid by Donzella's Attorney John Shannon, of $1,000,000 plus attorneys fee and court cost.
2. Restraining order
3. Ordered by courts that Donzella J. Carlton never come near me or contact me by phone, mail or other means of communication.
4. I, Zachary Morris do not want contact with Donzella Carlton or anyone within her family. I'm a grown man and not Donzella's son, I'm not her mother Carrie E. Carlton for whom Donzella said abused her, Donzella has stalked me and abused me since I was a kid. Donzella told me this is the way her mother treated her, I am not the source of Donzella's misfortune in life.
b. Donzella Carlton has a history of mental illness, I seen her rushed to the hospital because of an over- dose, slashed wrist / hands, and gun shot wounds and not one of which was caused by myself directly or indirectly.

Federal Complaint against:

II United States Postal Service

III 1. Mail Tampering

2. Mail Fraud

3. Gross neglect to place all personal mail in post office box.

4. Professional negligence

5. Domestic abuse within the United States.

6. Aiding and abetting to violate my civil rights and civil liberties.

7. aiding in unlawful confinement.

IV Compensation / Relief Requested

1. I would like all mail delivered to my P.O. Box, ~~or~~ that mail have my physical address or P.O. Box address.

2. $500,000 monetary settlement plus attorneys fee and court cost.

V The United States Postal Service as aided since 1998 to destroy my life along with Tommy Thompson - from forcing out of my P.O. Box in Milwaukee, Wi to opening up my mail, cancelling my magazine prescriptions to out right denying me the right to renew my P.O. Box. I needed a P.O. Box because I was always on the road as an over the road professional truck driver.

Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against:

State of Florida Division of Motor Vehicle. - Tallahassee, FL

III. Statement of Claims:

1. Falsified Driver Information

2. The illegal use of the Florida drivers license point system.

3. Drivers license tampering,

4. Drivers license fraud,

5. Defamation

6. Conspiracy to destroy livelihood.

7. Criminal deception

8. Corruption

9. Professional negligence / untruthfulness

10. aiding in violating my civil rights and civil liberties.

IV. Compensation / Relief Requested

1. I would like points taken off my license illegally put back on my drivers license.

2. I would agree to a $500,000.00 settlement, plus fees + court cost

3. I would like a restraining order put forth by the U.S. District courts.

P.O. Box 2241
Gainesville, FL 32602

II    Federal Complaint is against Carole Meekins of WTMJ4
       News - Milwaukee, W'.

III   Statement of Claims',
   1. Defamation of Character
   2. Stalking/aiding in violating my civil rights and civil liberties.
   3. Conspiracy to force segregation upon me.
   4. Corruption of Blood / Racial Discrimination
   5. Professional negligence / untruthfulness

IV    Relief Requested',
       Compensation
   1. $5,00,000   monetary settlement plus attorneys fee and court cost.
   2. Terminated as anchorwoman of WTMJ4 news.
   3. Restraining order.

V     Statement of Facts',

Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II   Federal Complaint against
     Bell South Telecommunication

III 1. Attempted murder by bell south driver Ricardo
        Martinez.
     2. Reckless driving.
     3. Conspiracy to commit murder
     4. aiding in violating my civil rights and liberties

IV   Compensation / Relief Requested
     1. I would like Ricardo Martinez charged with attepted
        murder.
     2. $5,000,000.00 in compensation, plus medical expenses paid.
     3. My personal bicycle replaced with a Raleigh bicycle.
     4. Restraining order against this guy (Ricardo Martinez).

I. Plaintiff: Zachary T. Morris
               P.O. Box 2241
               Gainesville FL 32602

II. Federal complaint against: Fox 51 WOGX - Ocala, FL   Tom Johnson
                                    Orlando, FL   Heidi Hatch
                                             Corrina Sullivan
III. Statement of Claims:
   1. Stalking
   2. Defamation of Character
   3. Slander
   4. Professional negligence
   5. Untruthfulness
   6. Violation of my right to peaceful assembly
   7. Aiding in criminal deception
   8. Attempt to force segregation upon me by calling me a racist and a hater of people.
   9. Racial Discrimination
IV. Relief Requested / compensation:
   (1) $ 2,000,000 monetary settlement plus court cost and attorney fee.
   (2) Termination
   (3) Restraining order.
   (4)


V. Statement of Facts:
     I have been stalked constantly by Fox 51 WOGX Orlando because they chose to aid in a witch hunt against me. I have not harassed a single individual in America.

I, Plaintiff', Zachary T. Morris
P.o. Box 2241
Gainesville, FL 32602

II

III    II   Federal Complaint against Doug Banks of the Doug Banks

1      morning show

2    III | Statement of Claims',

3      1. Defamation of Character

4      2. Stalking

5      3. Attempt to force segregation upon me. _conspiracy_

6      4. Corruption of blood

7      5. aiding in violating my civil rights and liberties

      IV | Relief Requested',

8      Compensation

9      1. $5,000,000 settlement (monetary) plus attorneys fees and court cost.

10   2. Restraing order.

11

15    V | Statement of Facts'

17

18

19

21

22

23

Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against:

II Charles Gibson (ABC news anchorman), New York, NY

III Statement of Claim:

1. Defamation of Character / Racial Discrimination
2. Stalking / aiding in violating my Civil Rights and Civil liberties
3. Slander and Domestic abuse within the United States.
4. Conspiracy to conceal a crime.
5. Conspiracy to destroy livelihood and life.
6. Violation of my right to education.
7. Violation of my right to choice, expression and public accomadation.
8. Aiding and abetting in a criminal conspiracy
9. Aiding and abetting in unlawful confinement
10. Professional negligence / untruthfulness
11. Corruption of Blood / racial discrimination
12. Violation of my right to peaceful assembly.
13. Continuous persecution.
14. Criminal deception / Corruption
15. Conspiracy to segregate me from the American public.

Compensation / Relief Requested:

1. $3,000,000 settlement plus attorneys fees and court cost.
2. Fired as anchorman of ABC evening news.
3. Restraing orders to prevent Charles Gibson from harassment, stalking and calling my place of employment.

T. Morris
P.O. Box 2241
Gainesville, FL 32602

II  Federal

Complaint against: the Federal Communications Commission.

III  Statement of Claims:

1. Gross Neglect on monitoring News reporters

2. Allowing newsreporters to go beyond reporting the news to destroy life and livelihood.

3. Breach of duty.

4. Acts of dishonesty.

5. Corruption

IV  Relief Requested:

Compensation

1. 5,000,000 monetary settlement plus attorneys fee and court cost.

2. Stronger rules to keep news reporter and radio personalities from destroying life and livelihood.

V  Statement of Facts:

Gross negligence in keeping News and radio personalities from stalking, harassing me in a debasing and lawless way.

Case 1:07-cv-00187-MP-AK   Document 1-2   Filed 09/28/07   Page 32 of 49

Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville Fl 32602

II Federal Complaint against:
   Oprah Winfrey talk show host

III 1. Stalking / Racial Discrimination      8. Corruption of blood
    2. Defamation of Chracter               9. violation of my right to work
    3. Conspiracy to conceal a crime        10. age discrimination.
    4. Conspiracy to commit murder.
    5. acts of dishonesty / untruthfulness
    6. Criminal deception
    7. Conspiracy to segregate me from the American public.
       Relief Requested

IV Compensation

    1. $15,000,000 monetary settlement plus attorney fee and court cost.
    2. Restraining order to prevent Oprah Stalking, harassing
       and aiding to destroy my life.

V  Statement of Facts:
       Oprah Winfrey has been stalking me for the
       past 6 years, telling me and everyone else she
       did not want to see me playing professional basket-
       ball or to graduate from college. I do not have
       anything to do with oprah having an unfulfilled life
       or her not being the woman she always wanted
       to be. My life has been destroyed by Oprah,
       Barack Obama, Hillary Clinton, President Bush, Alberto
       Gonzalez, WCJB TV 20, Charles Gibson and ABC news, etc.

1 of 1

Zachary T. Morri
P.O. Box 2241
Gainesville, FL 326

Federal Complaint against:

I  Attorney John Shannon of Lakeland, FL

II  Statement of Claim:

1. Defamation of Character

2. Stalking/untruthfulness

3. Slander and Domestic abuse within the United States.

4. Professional Negligence

5. Conspiracy to commit murder

6. Conspiracy to conceal a crime

7. Legal negligence.

8. Professional negligence, for more than 20 yrs, against me.

9. Corruption of Blood/Racial Discrimination

10. Continuous persecution

11. Unethical conduct

12. Incompetence

13. Corruption

IV  Compensation/Relief Requested:

1. $1,000,000.00  Settlement, plus attorneys fee and court cost.

2. Disbarment from practicing law.

3. I would like a restraining order put forth to keep
   John Shannon from having any contact of any kind
   with me.

   * Atty. John Shannon has stalked me from
   1987 to the present time.

V  Statement of Facts: I attended high school with
   John Shannons daughter. John has slander my name
   every since I graduated high school. For no reason
   John has aided in destroying my life.

federal complaint
against!

1 of 1

1. ... ... Morris
2. Sam Shepard
3. Taina Hernandez

P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against!

3. Robin Roberts (ABC Good Morning America)

III  Statement of Claims

1. Defamation of Character

2. Stalking / violation of my right to work in America.

3. Conspiracy to conceal a crime.

4. Conspiracy to destroy livelihood and life.

5. Slander and Domestic abuse within the United States

6. Violation of my right to education.

7. Violation of my right to choice.

8. Aiding and abetting in a criminal conspiracy.

9. Aiding and abetting in unlawful confinement

10. Professional negligence / aiding in unlawful confinement.

11. Corruption of Blood / Racial Discrimination

12. Violation of my right to peaceful assembly.

13. Continuous persecution within the United States.

14. Incompedence / criminal deception / untruthfulness

IV  Relief Requested!

Compensation

1. $2,000,000 settlement plus court cost and attorneys fee.

2. Termination of Robin Roberts from abc news.

3. Restraing orders to prevent future contact of any kind.

V  Statement of Facts!

I, Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II Defendant(s):
(1) Cheif Justice Clarence Thomas
(2) United States Supreme Court
(3) Cheif Justice John Roberts

III Statement of Facts:

Cheif Justice Clarence Thomas and members of the thorited States Supreme Court Knew of my civil rights being violated by President George W. Bush, Senator Hillary Rodham Clinton, Senator Barack Obama, Loyola University Chicago and former attorney general Alberto Gonzales and did nothing to stop the witch hunt against me. Cheif Justice John Roberts also Knew of the witch hunt against me. As an American citizen I believe the law is being used to fluster people like myself, who do not have a police record,

He who does not prevent a crime when he can encourages it - Seneca,

IV Statement of claims:
Legal negligence, Gross negligence and professional negligence, Violation of my civil rights.

V Relief Requested:
(1). Hillary Clinton and Barack Obama are to be asked to resign from running for the office of United States President,
(2). My constitutional rights immediately restored.
(3). Monetary Settlement of $3,000,000. plus court cost and attorneys fee.

I. Plaintiff: Zachary I. Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: The city of Ft. Meade FL -

Ft. Meade City Commiss
Mayor Don True
H.S. Football coach (Ret)
(Ret) Blaine Turner
H.S. Basketball coach
Archie Gail

III. Statement of Claim:

1. Defamation of Character
2. Stalking / aiding in violating civil rights
3. Slander / aiding in violating my civil liberties.
4. Violation of my right to education.
5. Conspiracy to commit murder.
6. Aiding in unlawful confinement
7. Violation of my right to be happy.
8. Falsification of police records about me,
9. Racial Discrimination

E. J. King
Eddie Davis
John Turner
Ken Slay(
Ft. Meade Police Dep't.

IV. Compensation / Relief Requested      Plus attorneys fees and court cost.
a. $5,000,000 settlement and
b. I want all slanderous remarks about my person removed from my High School transcripts.
c. Restraining orders

V. Statement of Facts; I am not a racist.

The Ft. Meade City Commission have been stalking me since I left High School. City Commission member Cagiano, High School football coach Blaine Turner, High School Basketball coach Archie Gail and Mayor Donny True have aided in slandering my name by calling me a racist because I did not want to play High School Football. I did not play High School because Cagiano, Turner, Mayor Donny True told me they were going to Fuck my life up. Archie Gail lied because we did not have a winning season in basketball. City of Ft. Meade police department made false statements about me and my character.

I. Plaintiff', Zachary T. Morris

P.O. Box 2341

Gainesville, FL 32602

II Defendant', Federal Bureau of Investigation

Gainesville, FL

III Statement of Claims

1. Illegal Search and Seizure / unlawful entry.

2. Gross Negligence / Profess

3. Abuse of Power

4. Aiding to destroy livelihood and life

5. Use of Government resources to commit a crime

6. Corruption

IV Relief Requested',

1. Return of the $60,000.00 removed and the return of personal documents removed.

2. Restraing order (Federal) - no Illegal search or seizure against any property

V Statement of Facts',

The FBI did an illegal Search and Seizure of my apartment which resulted in $60,000 in cash missing and personal documents.

I. Plaintiff: Zachary T. Morris
     P.o. Box 2241
     Gainesville, FL 32602

II. Federal Complaint against to (1) IDAPP, P.o. Box 78208, Phoenix, Az 85062
        (2) F.N.B. Chicago P.o. Box 78208, Phoenix, Az 85062
        (3) AFSA Data Corporation, P.o. Box 7051, Utica, NY 1350
        (4) ACS, P.o. Box 7051, Utica, NY, 13504-7051)
        (5) AFSA Data Corporation, P.o. Box 9001561, Louisville, Ky 402
III. ~~XXXXXX XX XXXX~~  (6) ACS, P.o. Box 9001561, Louisville, Ky 40290-1561)

III. Statement of Claim:
(1). Breach of Contract
(2). Bad Faith
(3). Fraud
(4). Forgery
(5). Gross Negligence
(6). Embezzlement
(7). Untruthfulness
(8). Aiding to destroy life and livelyhood.
(9). Aiding in a conspiracy to conceal a crime.
(10). Aiding in Corruption
(11). Abuse / destruction of the Student loan program.

IV. Compensation / Relief Requested
a. $2,000,000 money settlement plus court cost and attorney fee.
b. Remaining student loan payment should be expunged do to
me not being in college because of a federal block, the
fact that I have paid off the loans I incurred and the
fact I was not able to register due to a block on
my registration from 1995 to present, I did not fill out
the loan papers.
c. ACS has to remove loans from my name.

II. Statement of Fact:

I received student loans twice for only $3,625 each time. for a total of $5,250, I have paid off this amount over and over. I have not been in school since 1995 fall / spring semester. Loyola University Chicago have aided with the six defendants in destroying my life. President George W. Bush, Education Secretary Margaret Spelling, Hillary Rodham Clinton (D-NY), Barack Obama(D-IL), etc

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II Federal Complaint against: The City of Gainesville, FL - Mayor of Gainesville

III Statement of Claim:
1. Defamation of Character
2. Slander
3. Untruthfulness / cruel and inhumane punishment.
4. Social discrimination / Stalking / aiding in slave trading.
5. Violation of my right to peaceful assembly.
6. Aiding in illegal search and seizure.
7. Attempt to force segregation upon me.
8. Gender discrimination / aiding in modern slavery.
9. Aiding in illegal Confinement to Keep me from attending college.

IV Relief Requested / Compensation:
(1). $2,000,000 monetary settlement plus court cost and attorneys fee.
(2). Termination of the Mayor of Gainesville, FL.
(3). No further illegal search and seizure at my resident by the landlord or anyone associated with Turlington Real Estate.
4. Restraining on the Mayor of Gainesville, FL from forcing motorist to run me over with automobiles and from stalking me.

V   The mayor of Gainesville, FL and the people of Gainesville have aided with Hillary Clinton, Barack Obama, President George W. Bush, Jesse Jackson Sr., Jesse Jackson Jr., etc. The City of Gainesville, FL have aided to confine me to Gainesville to keep me from attending college in Chicago, IL. I have no interest in transfering to the University of Florida. I have no interest in being a coach since so many people aided in destroying my life, I dislike sports because so many people

lied to destroy my life and to keep me from becoming a professional basketball player. I don't even watch sports. I will leave Gainesville eventually to return to complete my degree. My stay in Gainesville, FL has been hellish because I wanted to chase a dream whites, blacks, and hispanics did not wish me to have. That dream was to play professional basketball. I'll see you all in court. When I may have had an interest in attending the University of Florida, men's basketball coach Lon Kruger did not offer me a scholarship. Also, I was told I would be kicked out of Florida University and any other Florida College or University the same way Loyola University of Chicago kicked me out. That, was for no reason at all. I'm also afraid President Bush, Sen. Hillary Clinton, Barack Obama (sen.D-IL) or Jesse L. Jackson may send a killer on Florida Campus to kill students and place the blame on me.

Twenty-seven years ago when I was eleven years old and in the sixth grade, I got into a fight with a white kid name ricky Baine. This was 27 years ago. The two of us attended the same math class in the Sixth Grade. The math teacher called on rick to answer a math question and he got it wrong, she then called on me and I got it right. I was then called a nigger by rick. We started to fight, but the teacher intervened. After class that day we fought and we both received a three day suspension. Upon returning to school I was being called a racist and

Plaintiff', Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

rick was allowed to continue his studies. I never got into
another fight, but the school (Ft. Meade Middle School) gave
me straight F's for the six week period. Rick continued
getting into fights throughout the school year. This fight
between myself and rick baine is why attorney John shamon
called me a racist. I was not the person using racial
slurs, I only answered the math question correctly.

Fast forward to the eight grade which is 1983 and
two years after rick baine and myself had that fight.
Once, I arrived to the ft. meade sr. h.s, I was greeted
by a party of three white males. These men were
Mr. Cagiano (8th grade civics teacher), mr. mcKenzie (history teacher)
and mr. Strickland (athletic director). They told me we are
going to fuck your life up. I knew why the civic teacher
cagiano was after me, It was because his wife came
screaming at me when I was in the fourth grade and
she slipped and fell causing her to have a miscarriage.
This not my fault when she slipped on sand that saturated
the promenade. She lost that baby not me. The principal
Mrs. Brantley called me to help her carry some cupcakes.
The basketball/P.E coach archie guil failed me in physical
education class and told me you will not play sports at
this school (same year 1983). In 1984, summer after my 9th
grade year high school football coach blaine turner ask me to
be his quarterback and I said, "no. The reason I told
him no is because he went to my family (who betrayed
me for these people) and said, "If I played football, they
would not call me a racist". I did not like this ultimatum
because I was not a racist and am not a racist. I
chose not to play because of this and I did not
regret my decision to not play High School Football.

In the tenth grade the witch Hunt continued

against
me, continued. I wasn't playing football or basketball. Mrs.
jodie bailey (principal) told me, "no football, no basketball. They
could not win in either sport. It was January 1985 when
principal jodie bailey called me to the office and told me if
I wanted to play sports I could and that I could ride
the bus to school. Before that offer, I was the only
student who had to walk four miles to school and
from school. I decided to play basketball. I should not
have played, I should not have played. After basketball
season the school gave me straight F's on my report card
for the six weeks and I was back to walking to school.

During the summer of 1985 I worked at the
H.S. gymnasium under the heta summer jobs program.
This is when I met a sap by the name of eddie
davis. I found out he was attending the university of
miami. I introduced myself to eddie as Zachary, but
eddie wished to call me my nigger. I told eddie I
did not introduce myself to him as "my nigger", I introduced
myself as Zachary Morris. Afterwards, I being called
a racist by eddie davis and he has stalked me since. I
knew he called me that because of the fight I got
into with rick baine when I was in the sixth
grade. All I did was ask, then tell, eddie not to use racial
slurs around the people participating in activities at the
gym. This does not make me a racist. My job at the gym
was to help bring an accepting environment, not to allow a
hostile environment to exist.

I believe eddie went home and told his daddy
joe davis about what had been an exchange of words
between myself and him. Joe stopped me one afternoon/evening
passing his house on my bicycle. Joe said, "Zachary,
don't pay eddie any attention. If he calls you that

racial slur "just ignore him, Eddie gets stupid and at times get beside himself. If I told eddie the reason those guys are beating him up and making quit the football team is because he uses that racial slur "my nigger". He won't get it, This is why I have to go down hear to miami and pay the coach to start him, I've got to go grease some palms. And Zachary, those are white guys that keep making quit. Eddie has quit eight times (Joe davis then held up 8 fingers)".

My eleventh and twelfth grade year they left me alone at ft. meade high school although I could not ride the bus.

In 1988 thru 1980 the persecution started up again when I received a basketball scholarship to st. Johns river community college.

Because the city of gainesville, fl have aided in destroying my life, I, Zachary T. Morris file this Federal Civil Rights Litigants Complaint Form against the city of gainesville, fl. I have been told that the white's and negroes are suppose to try and force me into confinement in gainesville, fl. People ran me over and hit me automobiles and others tried to run me over with automobiles. I am not remaining in a town where people want to murder me and the police and town mayor agree that it is justified.

You idiots that came after me are the racist and you have made me your enemy for no reason other than the abuse of positions of authority. I was in the 6th grade 27 years ago. Fuck gainesville and bush and Plaintiff's the rest.

Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

I, Plaintiff; Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II Federal Complaint against: Governor <u>Charles Crist</u> of Florida, Tallahassee, FL

III Statement of Claims:

1. Abuse of Power
2. Aiding in modern slavery
3. Violation of my Civil Rights.
4. Aiding in violating my right to education in america.
5. Slander to destroy life completely.
6. Professional negligence
7. Corruption of blood
8. aiding in racial discrimination and racial profiling.
9. aiding in neglecting my civil liberties.
10. aiding and abetting in unlawful confinement.
11. aiding in slave trading
12. Using state funds to aid in committing a crime.
13. aiding in criminal deception.
14. aiding in a conspiracy to conceal/commit a crime.
15. Aiding in tyranny against a black man.
16. Breach of trust / intentional misconduct.
17. Unfit moral character towards a U.S. citizen.
18. Aiding in Acts of Dishonesty

IV Relief Requested / Compensation:

1. $2,000,000 monetary settlement. plus court cost and attorneys fee.
2. I would like Charles Crist to stop the witch hunt against me. Also, a restraining to keep Gov. Crist from seeking revenge against me.
3. I would like the points on my FL Drivers License corrected.
4. I am not attending the University of FL or any other FL University, or be forced to attend.



I, Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II Federal Complaint against: Martin Luther King Jr. III, Atlanta, Ga
III Statement of Claim:
(1). Professional negligence
(2) Defamation of Character
(3). Slander
(4), Stalking
(5). Social Discrimination
(6). Untruthfulness / aiding in criminal deception
(7). Cruel and unjust treatment / aiding in slave trading.
(8). Violation of my Civil Rights and Civil Liberties.
(9). Breach of trust / intentional misconduct
(10). attempt to force segregation upon me, by calling me a racist.
(11). aiding in illegal confinement.
(12). Violation of my right to education
(13). Corruption of Blood
(14). Conspiracy to conceal a crime
(15). aiding in tyranny against a black man.
(16). acts of dishonesty as an attorney.
III Relief Requested (Compensation):
1. $2,000,000 monetary settlement plus court cost and attorney fee.
2. I would like a federal restraining order put on this culprit.
3. I'm calling for his disbarment from practicing law.
IV Statement of Facts:
V Martin Luther King has aided in violating my civil
rights and aiding in having me kicked out of Loyola
University Chicago. Martin is degrading me by asking to
have my civil rights and liberties sacrificed for a group
called Jena 6. My success should not have anything to do
with someone else's misfortune and criminal mindset.

I. Plaintiff, Zachary T, Morris
P.o, Box 2241
Gainesville, FL 32602

II Federal Civil Rights Complaint against, St, Johns River C C
1500 St, Johns Ave
Palattha, FL 32077

III Statement of Claims,
(1) Violation of my civil rights
(2). Falsification of my Credit hours earned.
(3). Falsification of my Grade point Average,
(4). Changing of my grades earned to a lower grade.
(5). aiding to destroy life, by calling me a racist.
(6). Gross negligence.
(7). Social discrimination
(8). defamation of character.

IV Relief Requested / Compensation,
(1) $2,000,000 monetary settlement, plus court cost and attorneys fee.
(2). Grade point Average corrected
(3). credit hours earned corrected
(4).

V Statement of Fact!
I. I attended St, Johns River Community College between
1988 August then April 1990 on a two year basketball
scholarship. St. Johns falsified my grade point average
and took away credit hours I earned at the request
of Steve Swartt and Blake Turner and archie gail. and
donzella carlton.

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II  Federal Complaint against: National Collegiate Athletic Association(NCAA)

III  Statement of Claim:

(1). Fraud

(2). Cruel and inhumane treatment

(3). Untruthfulness

(4). Removal of two years eligiblity to play college basketball.

(5). Gross Negligence in properly monitoring college athletes.

(6). Aiding to destroy life.

(7). Aiding to alter life.

IV  Relief Requested/Compensation:

(1). $70,000,000 monetary settlement plus court cost and attorney fee.

(2). reinstatement of college eligibility to play college basketball.

(3).

V  Statement of Fact:

The NCAA took two years of eligibility from me do to aiding in a destruction campaign to destroy my life. I played two years of college basketball at St. Johns Community college. I would like to complete my eligibility at a school of my choice. In addition to my eligibility being reinstated I am asking for compensation of $70,000,000. The National Collegiate Athletic Association has aided with President George W. Bush, Hillary Clinton, Barack Obama, Jesse L. Jackson Sr., Jesse L. Jackson Jr.(D-IL) in destroying my life and livelihood.

Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

Federal Complaint against:

II. WCJB TV 20    Paige Beck - Defendant    ~~Brad Doyle~~ - Defender

III. Statement of Claims:

1. Stalking / aiding in unlawful confinement.
2. Defamation of Character
3. Slander and Domestic abuse within the United States.
4. Conspiracy to conceal a crime.
5. Professional negligence / untruthfulness
6. Corruption of Blood / Racial Discrimination
7. Violation of my civil rights to peaceful assembly.
8. Continuous persecution.
9. Incompetence / criminal deception / Corruption
10. attempt to force segregation upon me by calling me a racist.

IV. Relief Requested:

Compensation

1. $2,000,000 settlement plus court cost and attorneys fee.
2. Termination from WCJB TV news as anchor woman/anchor man
3. Penalized by the Federal Communication Commission.
4. Restraining order to prevent any future contact of any kind.

V. Statement of Facts:

I, Zachary Morris have been stalked constantly
by WCJB TV 20 news every since I arrived in
Gainesville, FL in 2003. Because of WCJB TV 20's
continued slander of my person I am forced to
seek resident outside of Gainesville, FL. I have
not committed a single crime since arriving in
Gainesville, FL four years ago.