IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY T. MORRIS,

    Plaintiff,

vs.                                                CASE NO. 1:07CV187-MP/AK

GEORGE W. BUSH, et al,

    Defendants.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for Reconsideration of the Order denying his request for additional time to serve summons upon one of the defendants named in his complaint. (Doc. 20). The Court has recommended that the complaint be dismissed for failure to state a claim. (Doc. 18). Therefore, Plaintiff's request for additional time to serve one of the defendants and reconsideration of this request (doc. 20) should be **DENIED**.

**DONE AND ORDERED** this **8th** day of September, 2008.

                                                  s/ A Kornblum
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**